IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**CARRIER CORPORATION**                                                    **PLAINTIFF**

VS.                          **NO. 4:08-CV-0036 JLH**

**WARD TRANSPORTATION SERVICES, INC.**                      **DEFENDANT**

## CONSENT JUDGMENT

Upon consideration of the pleadings, representations of the parties in connection with the entry of this Consent Judgment, other evidence and proof and the Court being fully advised finds and orders as follows:

1. On January 16, 2008, Carrier Corporation ("Carrier") filed its complaint against Ward Transportation Services, Inc. ("WTS") seeking a money judgment in the amount of $636,139. plus interest, attorney's fees and costs.

2. On February 11, 2008, WTS filed its answer to the complaint of Carrier.

3. This Court has jurisdiction over the subject matter and parties to this action.

4. Ward Transportation Services has consented to the terms of this consent judgment and consented to the entry of the judgment by the Court.

WHEREFORE, the Court hereby finds and orders that Carrier Corporation does hereby have and recover from Ward Transportation Services, Inc. a judgment in the amount of $500,000. plus interest from the date of the judgment until paid. Each of the parties will bear their own attorney's fees and court costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: August 1, 2008

Consent Judgment
Carrier Corporation v. Ward Transportation Services, Inc.
Case No. 4:08-CV-0036 JLH

770288

APPROVED AS TO FORM AND CONTENT:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808

By _____
Charles T. Coleman (80030)
Attorneys for Carrier Corporation

ROBINSON, STALEY, MARSHALL & DUKE, P.A.
400 West Capital, Suite 2891
Little Rock, Arkansas 72201

By _____
Wm. David Duke (79056)
Attorneys for Ward Transportation Services, Inc.


WARD TRANSPORTATION SERVICES, INC.

By: _____
Steve W. Ward, President